# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER ROBLES, | ) |
| Plaintiff, | ) Case No. 2:15-cv-00359-JAD-PAL |
| vs. | ) **ORDER** |
| MDC RESTAURANTS, LLC, dba DENNY'S, | ) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Motion Requesting Rescheduling of Date of Early Neutral Evaluation (#12) filed April 29, 2015.  Both Plaintiff's and Defendant's counsel are available on June 10, 2015 to conduct the Early Neutral Evaluation, and the Court's calendar is available. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion Requesting Rescheduling of Date of Early Neutral Evaluation (#12) is **granted**.  The Early Neutral Evaluation will commence at **9:00 a.m.** on **Wednesday, June 10, 2015**, in the *chambers* of the undersigned U.S. Magistrate Judge, Room 3099, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.  The written evaluation statements shall be submitted directly to my chambers - **Room 3099** - not later than **June 3, 2015**.

DATED this 30th day of April, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge